## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

MARK SPOTZ,

                Plaintiff,

    v.

JOHN E. WETZEL, et al.,

                Defendants.

CIVIL ACTION NO. 1:21-CV-01799

(CONNER, J.)
(MEHALCHICK, M.J.)

## ORDER

**AND NOW**, for the foregoing reasons, on this 11th of March 2022, upon consideration of the parties' motions, **IT IS HEREBY ORDERED** that:

1. Spotz's motion to appoint counsel (Doc. 14) is **DENIED**.

2. Spotz's motion to compel (Doc. 23) is **DENIED**.

3. Defendants' motion to stay (Doc. 18) is **GRANTED**.

4. Defendants' second motion for extension of time (Doc. 20) is **GRANTED**.

5. Defendants are **DIRECTED** to file a status report as to the status of the related cases and the dispositive motions to consolidate and transfer in related cases on or before April 11, 2022.

BY THE COURT:

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

2