

April 11, 2023

Chief Magistrate Judge Karoline Mehalchick
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

      Re:   Spotz v. Wetzel
              1:21-cv-01799
              Request for Telephone Conference

Dear Judge Mehalchick:

Please accept this letter as a request for a telephone conference regarding procedural matters on the above referenced docket. Myself and Mr. Spotz spoke on April 3, 2023, and both of us are requesting a telephone conference. Specifically, we are seeking clarification on the matters on this docket in light of the consolidation order with *Lopez v. Wetlzel*, 3:21-cv-1819, issued on August 3, 2022.

Respectfully,

*Kim Adams*

Kim Adams
Assistant Counsel

Department of Corrections | Office of Chief Counsel
1920 Technology Parkway | Mechanicsburg, Pennsylvania 17050
717.728.7763 | www.cor.pa.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GEORGE LOPEZ, et al., | : | |
| | : | |
| Plaintiffs, | : | Civil No. 3:21-CV-1819 |
| | : | |
| v. | : | (CONNER, J.) |
| | : | (MEHALCHICK, M.J.) |
| JOHN E. WETZEL, *et al.,* | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct

copy of the foregoing Correspondence Mark Spotz (DA4586) at Smart

Communications/PA DOC, SCI Phoenix, PO Box 33028, St. Petersburg, FL 33733.


/s/  Kim Adams
Kim Adams

Dated:  April 11, 2023

Department of Corrections | Office of Chief Counsel
1920 Technology Parkway | Mechanicsburg, Pennsylvania 17050
717.728.7763 | www.cor.pa.gov