UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK SPOTZ, | |
| Plaintiff, | CIVIL ACTION NO. 1:21-CV-01799 |
| v. | (CONNER, J.) |
| JOHN E. WETZEL, | (MEHALCHICK, M.J.) |
| Defendant. | |

### ORDER

**AND NOW**, this 17th day of April, 2023, **IT IS HEREBY ORDERED** that the joint motion for a conference (Doc. 44) is **GRANTED**. A Zoom status conference will be held on **Tuesday, April 25, 2023 at 11:30 AM**. The Zoom link is attached to this order.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

Topic: 1:21-CV-01799; Spotz v. Wetzel - Status Conference
Time: Apr 25, 2023 11:30 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://pamd-uscourts.zoomgov.com/j/1617698214?pwd=SUNRWDJ2K0JJd2FjVWI0ZGwrMms1UT09

Meeting ID: 161 769 8214
Passcode: 549740
One tap mobile
+16692545252,,1617698214#,,,,*549740# US (San Jose)
+16468287666,,1617698214#,,,,*549740# US (New York)

Dial by your location
      +1 669 254 5252 US (San Jose)
      +1 646 828 7666 US (New York)
      +1 646 964 1167 US (US Spanish Line)
      +1 415 449 4000 US (US Spanish Line)
      +1 551 285 1373 US
      +1 669 216 1590 US (San Jose)
Meeting ID: 161 769 8214
Passcode: 549740
Find your local number: https://pamd-uscourts.zoomgov.com/u/abty6fSCZe

Join by SIP
1617698214@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 769 8214
Passcode: 549740