UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LOPEZ, et al.,<br><br>   Plaintiffs,<br> v.<br><br>JOHN WETZEL, et al.,<br><br>   Defendants. | CIVIL ACTION NO. 3:21-CV-1819<br><br>(CONNER, J.)<br>(MEHALCHICK, M.J.) |
| MARK SPOTZ,<br><br>   Plaintiff<br> v.<br><br>JOHN E. WETZEL, et al.,<br><br>   Defendants. | CIVIL ACTION NO. 1:21-CV-1799<br><br>(CONNER, J.)<br>(MEHALHCICK, M.J.) |

### ORDER

**AND NOW**, this 24th day of April, 2023, upon consideration of the Corrections Defenants' motion to extend deadlines (Doc. 46) is **GRANTED**. The following deadlines are hereby extended:

1. **Discovery:** All discovery shall be compled by **October 17, 2023**;

2. **Dispositive Motion:** All dispositive motions, together with supporting briefs shall be filed by **December 16, 2023.**

               BY THE COURT:

               *s/ Karoline Mehalchick*
               **KAROLINE MEHALCHICK**
               **Chief United States Magistrate Judge**