IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JUN 09 2023
PER _____
DEPUTY CLERK

| | | |
|---|---|---|
| Mark Spotz | : | Christopher C. Conner, J. |
| Plaintiff | : | Karoline Mehalchick, M.J. |
| | : | |
| V. | : | No. 1:21-cv-01799 |
| | : | |
| John Wetzel, et al. | : | |
| Defendants | : | |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND

On June 1, 2023 Defendants filed a **600+ page Motion To Dismiss**. Plaintiff's response is due June 14th. Due to the extreme length of the Motion, the fact that Plaintiff is only entitled to a single two (2) hour time slot for the law library per week unless openings happen to arise, in which Plaintiff can research the case law and prepare a response, and the fact that he is Pro se, Plaintiff is seeking an additional 90 days to respond.

Respectfully Submitted,

*Mark Spotz*
Mark Spotz, Plaintiff, Pro se
June 4, 2023

CERTIFICATE OF SERVICE

I, Mark Spotz, Plaintiff, Pro se, do hereby certify that the foregoing filing was served upon Kim Adams at 1920 Technology Parkway, Mechanicsburg, Pa. 17050 via First Class Mail.

*Mark Spotz*
Mark Spotz
June 4, 2023

~~Smart Communications/PADOC~~

SCI- PHOENIX

Name MARK SPOTZ

Number DA4586

~~PO Box 33028~~ 1200 MOKYCHIC DRIVE

~~St Petersburg FL 33733~~ COLLEGEVILLE, PA. 19426

RECEIVED
HARRISBURG, PA
JUN 09 2023
PER ___SH___
DEPUTY CLERK

LEGAL MAIL

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
06/05/2023
US POSTAGE $000.60

ZIP 19426

ATTN: CLERK OF COURT
U.S. MIDDLE DIST. COURT
228 WALNUT ST.
HBG, PA.
17101-1714

17101$1727 C008

